UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

UNITED STATES OF AMERICA

-against-

Plinio Espino Jimenez

Defendant

-------------------------------------X

26 MAG 2722

ORDER

Gary Stein, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to curfew with location monitoring technology at the discretion of Pretrial Services.

Dated: New York, New York
August 04, 2026

SO ORDERED:

Gary Stein
United States Magistrate Judge